IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                          4:06-CR-00291-02-SWW

KEVIN LAMAR BLACKMON

**ORDER**

Pending is Defendant's Motion for Retroactive Application of the Fair Sentencing Act ("FSA") (Doc. No. 107). After reviewing the case, the Court finds that Defendant is not entitled to a sentence reduction.

Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. On March 21, 2008, Defendant was sentenced to 188 months in prison.[1] However, his base offense level and sentence were not determined based on the drug quantity table, but rather on his status as a "career offender" under U.S.S.G. § 4B1.1.[2] Therefore, the amended crack cocaine sentencing guidelines do not apply.

Accordingly, Defendant's Motion for Retroactive Application of the Fair Sentencing Act (Doc. No. 107) is DENIED.

IT IS SO ORDERED this 9th day of September, 2011.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 68, 69.

[2] See the United States Sentencing Commission's "Reader-Friendly" Version of the Final 2011 Guideline Amendment Implementing the Fair Sentencing Act, *available at* http://www.ussc.gov/Meetings_and_Rulemaking/Materials_on_Federal_Cocaine_Offenses/20110428_RF_Amendments_Pages.pdf

1